# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Paul Joseph Harcz, Jr., et al

v.

Brody Boucher, et al.

Case No. 17-cv-00112
Hon. Gordon J. Quist

TO: Vincent Munoz
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
105 East Main Street
Northville, MI 48167
(248) 679-8711

CLERK OF COURT

February 7, 2017

By: Deputy Clerk                                              Date

## PROOF OF SERVICE

This summons for _____Vincent Munoz_____ was received by me on _____.
(name of individual and title, if any)                (date)

☐ I personally served the summons on the individual at _____
                                                          (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                                    Server's signature

Additional information regarding attempted service, etc.:

                                                                    Server's printed name and title

                                                                    Server's address

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Paul Joseph Harcz, Jr., et al

v.

Brody Boucher, et al.

Case No. 17-cv-00112
Hon. Gordon J. Quist

TO: Brian George
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
105 East Main Street
Northville, MI 48167
(248) 679-8711

CLERK OF COURT



February 7, 2017
By: Deputy Clerk                                         Date

## PROOF OF SERVICE

This summons for __Brian George__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Paul Joseph Harcz, Jr., et al

v.

Brody Boucher, et al.

Case No. 17-cv-00112
Hon. Gordon J. Quist

TO: Brody Boucher
ADDRESS:

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
105 East Main Street
Northville, MI 48167
(248) 679-8711

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

February 7, 2017
By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____Brody Boucher_____ was received by me on _____.
(name of individual and title, if any)                                         (date)

☐ I personally served the summons on the individual at _____
                                                                                    (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                         (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Paul Joseph Harcz, Jr., et al

v.

Brody Boucher, et al.

Case No. 17-cv-00112
Hon. Gordon J. Quist

TO: Dan Brocklehurst
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
105 East Main Street
Northville, MI 48167
(248) 679-8711

CLERK OF COURT



February 7, 2017

By: Deputy Clerk / Date

## PROOF OF SERVICE

This summons for ____Dan Brocklehurst____ was received by me on _____.
(name of individual and title, if any) (date)

☐ I personally served the summons on the individual at _____
on _____. (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization) (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:
_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Paul Joseph Harcz, Jr., et al

v.

Brody Boucher, et al.

Case No. 17-cv-00112
Hon. Gordon J. Quist

TO: Edwin Henriquez
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
105 East Main Street
Northville, MI 48167
(248) 679-8711

CLERK OF COURT



February 7, 2017

By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____Edwin Henriquez_____ was received by me on _____.
(name of individual and title, if any)                                       (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)        (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                            _____
                                            Server's signature

Additional information regarding attempted service, etc.:
                                            _____
                                            Server's printed name and title

                                            _____
                                            Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Paul Joseph Harcz, Jr., et al

v.

Brody Boucher, et al.

Case No. 17-cv-00112
Hon. Gordon J. Quist

TO: Handicapper Advocacy Alliance, Inc.
ADDRESS: c/o Mark Peirce, resident agent
2812 N. Martin Luther King Jr. Blvd.
Lansing, MI 48906

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
105 East Main Street
Northville, MI 48167
(248) 679-8711

CLERK OF COURT



February 7, 2017

By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for _____Handicapper Advocacy Alliance, Inc._____ was received by me on _____.
(name of individual and title, if any)                                                                 (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                 (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                                 (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                         (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                   _____
                                                            Server's signature

Additional information regarding attempted service, etc.: _____
                                                            Server's printed name and title

                                                         _____
                                                            Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Paul Joseph Harcz, Jr., et al

v.

Brody Boucher, et al.

Case No. 17-cv-00112
Hon. Gordon J. Quist

TO: Jason Williams
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
105 East Main Street
Northville, MI 48167
(248) 679-8711

CLERK OF COURT

February 7, 2017
By: Deputy Clerk                                      Date

## PROOF OF SERVICE

This summons for _____Jason Williams_____ was received by me on _____.
                    (name of individual and title, if any)                     (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)      (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____
                                                        _____
                                                           Server's signature

Additional information regarding attempted service, etc.:
                                                        _____
                                                           Server's printed name and title

                                                        _____
                                                              Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Paul Joseph Harcz, Jr., et al

v.

Brody Boucher, et al.

Case No. 17-cv-00112
Hon. Gordon J. Quist

TO: Jeff Held
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
105 East Main Street
Northville, MI 48167
(248) 679-8711

CLERK OF COURT



February 7, 2017

By: Deputy Clerk                                Date

## PROOF OF SERVICE

This summons for _____Jeff Held_____ was received by me on _____.
(name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
                                                              (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                        (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                  (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                    _____
                                                    Server's signature

Additional information regarding attempted service, etc.:

                                                    _____
                                                    Server's printed name and title

                                                    _____
                                                    Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Paul Joseph Harcz, Jr., et al

v.

Brody Boucher, et al.

Case No. 17-cv-00112
Hon. Gordon J. Quist

TO: Kevin Cook
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
105 East Main Street
Northville, MI 48167
(248) 679-8711

CLERK OF COURT



February 7, 2017

By: Deputy Clerk                Date

## PROOF OF SERVICE

This summons for _____Kevin Cook_____ was received by me on _____.
(name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                    _____
                                                    *Server's signature*

Additional information regarding attempted service, etc.:
                                                    _____
                                                    *Server's printed name and title*

                                                    _____
                                                    *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Paul Joseph Harcz, Jr., et al

v.

Brody Boucher, et al.

Case No. 17-cv-00112
Hon. Gordon J. Quist

TO: Michigan Assoc. of Centers for Independent Living
ADDRESS: c/o Disability Network Southwest Michigan, resident agent
517 E. Crosstown Parkway
Kalamazoo, MI 49001

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
105 East Main Street
Northville, MI 48167
(248) 679-8711

CLERK OF COURT



February 7, 2017

By: Deputy Clerk       Date

## PROOF OF SERVICE

This summons for __Michigan Assoc. of Centers for Independent Living__ was received by me on _____.
(name of individual and title, if any)                                                                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                 (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                         (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                        Server's signature

Additional information regarding attempted service, etc.:

                                        Server's printed name and title

                                        Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Paul Joseph Harcz, Jr., et al

v.

Brody Boucher, et al.

Case No. 17-cv-00112
Hon. Gordon J. Quist

TO: Ryan Davis
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
105 East Main Street
Northville, MI 48167
(248) 679-8711

CLERK OF COURT



February 7, 2017

By: Deputy Clerk                Date

## PROOF OF SERVICE

This summons for _____Ryan Davis_____ was received by me on _____.
(name of individual and title, if any)                           (date)

☐ I personally served the summons on the individual at _____
                                                          (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                    Server's signature

Additional information regarding attempted service, etc.:

                                                    Server's printed name and title

                                                    Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Paul Joseph Harcz, Jr., et al

v.

Brody Boucher, et al.

Case No. 17-cv-00112
Hon. Gordon J. Quist

TO: Stephen Thomas
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
105 East Main Street
Northville, MI 48167
(248) 679-8711

CLERK OF COURT



February 7, 2017

By: Deputy Clerk                                Date

---

## PROOF OF SERVICE

This summons for _____Stephen Thomas_____ was received by me on _____.
(name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
                                                                    (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                                (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address