# EXHIBIT B

# POLICE REPORT

| Michigan Department of State Police<br>ORIGINAL INCIDENT REPORT | ORIGINAL DATE<br>Thu, Sep 17, 2015 | INCIDENT NO.<br>016-0000303-15 |
|---|---|---|
| | TIME RECEIVED<br>1120 | FILE CLASS<br>48000 |

| WORK UNIT | COUNTY<br>Ingham | |
|---|---|---|
| COMPLAINANT<br>PATROL | TELEPHONE NO. | |
| ADDRESS: STREET AND NO.<br>100 N CAPITOL STREET | CITY<br>LANSING | STATE<br>MI | ZIP CODE<br>48933- |
| INCIDENT STATUS<br>OPEN | | |

## RESISTING & OBSTRUCTING POLICE

**SUMMARY:**
On Thursday, September 17, 2015 at approximately 1100 hours, State Properties Security Officers were assigned to the 25th Anniversary Americans Disability Act Celebration event at the State Capitol in Lansing, Michigan. At the start of the event, a group of counter protesters arrived at the State Capitol to disrupt the speakers of the event. My subsequent investigation led to the following information and the arrest of Paul Joseph Harcz Jr. for Resisting and Obstructing Police.

**VENUE:**
INGHAM COUNTY , LANSING
100 N CAPITOL AVE
AT OR NEAR: MICHIGAN AVE

**DATE & TIME:**
THU, SEP 17, 2015 AT 1045

**COMPLAINANT:**
Michigan State Police - Capitol Post

**ARRIVAL OF COUNTER PROTEST GROUP:**
Shortly before 1100 hours, the counter protest group arrived at the State Capitol and started approaching the event by walking down the center walkway towards the Austin Blair statute. Sergeant Henriquez advised that they were not allowed to disrupt the event in any way shape or form and advised to keep their distance from the event. An unknown white female, (later identified as Eleanor Canter) advised that this was not okay to do and that they were going to go take their seats next to the stage.

**LEAD COUNTER PROTESTER #1:**
NAM: ELEANOR CANTER

NBR:          DIR:            RAC: W         ETH:
STR:                          SEX: F         OPS:
SFX:                          DOB:           SSN:
CTY:          ST:             HGT:           SID:
TXH:          ZIP:            WGT:           FBI:
TXW: EYE:  PRN:               HAI:           MNU:

| PAGE<br>1 of 5 | INVESTIGATED BY<br>OFC. BRIAN GEORGE #34<br>SGT. EDWIN HENRIQUEZ #1 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 011

| Michigan Department of State Police<br>ORIGINAL INCIDENT<br>REPORT | ORIGINAL DATE<br>Thu, Sep 17, 2015<br>TIME RECEIVED<br>1120 | INCIDENT NO.<br>016-0000303-15<br>FILE CLASS<br>48000 |
|---|---|---|

**LEAD COUNTER PROTESTER #2:**
NAM: BRIAN DIAN

| NBR: | DIR: | RAC: W | ETH: |
|---|---|---|---|
| STR: | | SEX: M | OPS: |
| SFX: | | DOB: | SSN: |
| CTY: | ST: | HGT: | SID: |
| TXH: | ZIP: | WGT: | FBI: |
| TXW: | | HAI: | MNU: |
| | | EYE: | PRN: |

**EVENTS OF THE COUNTER PROTEST GROUP:**
At this time Sergeant Held approached the group at the Austin Blair statue and provided the group with a copy of the State Capitol rules. Held also advised that this was a reserved event. As Sergeant Held started to explain to them the areas that were reserved, an unknown white, visually impaired male (later identified as Paul Joseph Harcz Jr.) interrupted him and asked who he was and what he was handing out. Held proceeded to identify himself as "Sgt. Jeff Held of the Michigan State Police."

Eleanor Canter stated that her group was not there to do "anything violent." Canter stated that they were "only there to use their voices and we have not even done anything yet." Sergeant Held advised the group that they were allowed to use their voices at the Austin Blair statue. When Canter asked Held if they were allowed to go into the event, Held advised that they could not, but were allowed to protest at the Austin Blair statue. At this time, Harcz Jr. started to get verbally aggressive and the rest of the counter protest group started to protest and chant, "You can't block us" and "Let us in!"

At approximately 1101 hours, Sergeant Held instructed Officers Cook, Munoz, Davis, Thomas, and myself (Officer George) to stand in a line to prevent the counter protesters from disrupting the event. For the next several minutes, the counter protest group protested with loud chants in an attempt to overpower the speakers that were addressing the event. At the end of the chant, Harcz chanted, "Let us in you son of a bitches!" The counter protest continued to chant for several minutes in another attempt to over power the speakers at the event.

At approximately 1105 hours, Harcz speaks to Canter and tells her that he is "Going to see if he will arrest me." A few seconds later, Harcz then turns towards Canter and says "Are you ready, I am going in." Harcz then turned to the counter protest group behind him and yelled, "Anybody want to go in?" Harcz then turned back towards my direction and says, "If this cop arrests us, then he is in violation of our civil rights. He is in violation of everything." Harcz then went on to say, "All right you ready? Lets roll."

Canter then proceeded to ask if we wanted to talk about this one more time. While Sergeant Henriquez was explaining to Canter that they are allowed to be on the grounds of the State Capitol, but they are not allowed to be in the event and be disrupting, I overheard an unknown white male tell Harcz that he needed to "wait for the reporters to get here." Harcz proceeded to be verbally aggressive towards Sergeant Henriquez about how the Michigan State Police were violating his civil rights.

| PAGE<br>2 of 5 | INVESTIGATED BY<br>OFC. BRIAN GEORGE #34<br>SGT. EDWIN HENRIQUEZ #1 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 012

| Michigan Department of State Police ORIGINAL INCIDENT REPORT | ORIGINAL DATE Thu, Sep 17, 2015 | INCIDENT NO. 016-0000303-15 |
|---|---|---|
| | TIME RECEIVED 1120 | FILE CLASS 48000 |

At approximately 1107 hours, Harcz states, "Okay, I am just going. If they arrest me, fuck them!" Canter then says to Harcz, "Okay Joe, good luck!" It is to be noted that Harcz was called Joe by his fellow counter protesters. Harcz then proceeded to push past me several times before asking Canter if she was "filming this." Once Canter stated that she was, Harcz attempted to push me out of the way by using his body aggressively. Once Harcz realized that he was not going to break the line with me, he attempted to do the same thing with Officer Davis. At this time, Harcz became very agitated and yelled, "Don't block my access." The counter protest group then started the chant of "Shame on you," when I heard Harcz call one of the officers on the line a "fucker."

At approximately 1110 hours, a white gentleman videotaping the incident with his Apple iPhone (identified by the group as Brian Dian), asked Sergeant Henriquez who the commanding officer is. Sergeant Henriquez advised that he would get a hold of the commanding officer. A short time later, Harcz turned towards Canter and told her that he was going in. He then stated that he wanted to do it and to let them do it. Harcz then stated that "these bastards are blocking my civil rights."

At approximately 1115 hours, the counter protest group started several loud chants in another attempt to disrupt the speakers at the event. When one speaker made a comment about getting a photo with your friends, Harcz yelled, "Screw your photo. How about you take a photo of this." At this point, Harcz lifted up his left arm and gave the speaker the middle finger.

At approximately 1119 hours, the event started to play the National Anthem and the counter protest group started chanting very loud to disrupt the event. At this time, we placed two metal barricades between us and the counter protest group. The counter protest group continued to chant very loud during the duration of the National Anthem. At one point a member of the event came up to the counter protest group and told them that they were being very disrespectful. Brian then yelled, "Fuck you! Our civil rights are being violated."

For the next several minutes the counter protesters continued to protest and chant extremely loud everytime a speaker got up on the stage. At approximately 1123 hours, Harcz turns to Canter and says, "Fuck it. I'm going." Canter then replies, "I doubt it. They put up a bunch of barricades." At this point, Harcz takes his cane and realizes that a barricade was put into place. Harcz becomes very agitated and yells, "Tear down the barriers. Tear down the barriers. Tear down the barriers. Tear down the barriers."

At approximately 1124 hours, Harcz turns towards Brian and asks him, "Are you filming?". Brian then replied, "Yes" and Harcz stated, "I'm going. Fuck it. You can't stop me from going." At this point Harcz walks towards the barricades with aggression in an attempt to get through. Harcz finds the end of the barricade, nearest the Austin Blair statute, and uses his body and arms to push me out of the way. It is to be noted that Harcz is now on the same side of the barricades as the Capitol Security Officers.

As I hold on to the barricade with my left hand, Harcz becomes more aggressive and attempts to push his way passed me again. At this time, Sergeant Henriquez approaches Harcz and tells him repeatedly that he is not going to be disruptive to the event. Harcz then pushes Sergeant Henriquez out of the way in an attempt to get passed the remaining Capitol Security Officers. At this time, Sergeant Henriquez grabs a hold of Harcz left arm to arrest him for assaulting two police officers and Harcz begins to resist. Officer Davis then used his

| PAGE 3 of 5 | INVESTIGATED BY OFC. BRIAN GEORGE #34 SGT. EDWIN HENRIQUEZ #1 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police<br>ORIGINAL INCIDENT REPORT | ORIGINAL DATE<br>Thu, Sep 17, 2015 | INCIDENT NO.<br>016-0000303-15 |
|---|---|---|
| | TIME RECEIVED<br>1120 | FILE CLASS<br>48000 |

hands to block Harcz from swinging and hitting him with the cane. Officer Davis then grabs Harcz' right arm to remove him from the crowd and barricades.

Once away from the barricades, Officer Thomas grabbed ahold of Harcz' left arm so that Sergeant Henriquez could handcuff and double check tension. Once Harcz was secured in handcuffs, Officer Davis and Sergeant Henriquez attempted to walk Harcz into the State Capitol. However, Harcz decided not to cooperate with commands and dragged his feet, making it difficult for Sergeant Henriquez and Officer Davis to escort him into the State Capitol detachment office. The counter protesters continued to protest until approximately 1400 hours without any further incident.

### IMPLEMENTATION OF BARRICADES:
The implementation of the barricades were due to the fact that the Michigan State Police is responsible for providing a safe environment at the State Capitol for all individuals wishing to express their Constitutional rights of free speech. Due to safety concerns for the event, barricades were utilized to keep opposing groups separated, while allowing all in attendance to safely express their views. It is to be noted both groups were provided with sight and sound accommodations.

### ARRESTED:
NAM: PAUL JOSEPH HARCZ JR.

NBR: 1365    DIR: E
STR: MOUNT MORRIS
SFX: ROAD
CTY: MOUNT MORRIS    ST: MI
TXH:                  ZIP: 48458
TXW:
MB: (810)516-5262

RAC: W
SEX: M
DOB: ▮▮1952
HGT: 5'06"
WGT: 150
HAI: BLK
EYE: HAZ

ETH:
OPS: ▮▮
SSN: ▮▮
SID: MI/00718939L
FBI: 282550K11
MNU:
PRN:

CHARGE:
4801 POLICE OFFICER-ASSAULT/RESIST/OBSTRUCT 750.81d(1)

### HANDCUFFED/SEARCHED:
See Supplemental Report #1 for more information.

### TRANSPORTED AND LODGED:
Paul Joseph Harcz Jr. was transported and lodged at the Lansing City Jail for Resisting and Obstructing a Police Officer.

### PHOTOGRAPH & FINGERPRINTED:
Paul Joseph Harcz Jr. was photographed and fingerprinted at the Lansing City Jail. TCN#: K815108387W.

### BODY CAMERA FOOTAGE:
The event was recorded using Department issued body cameras #15, #17, #18 and #19.

### PAUL JOSEPH HARCZ JR'S CCH:
Paul Joseph Harcz Jr.'s CCH will be forwarded to the Ingham County Prosecutor's Office. It shows a conviction

| PAGE<br>4 of 5 | INVESTIGATED BY<br>OFC. BRIAN GEORGE #34<br>SGT. EDWIN HENRIQUEZ #1 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 014

| Michigan Department of State Police | ORIGINAL DATE<br>Thu, Sep 17, 2015 | INCIDENT NO.<br>016-0000303-15 |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1120 | FILE CLASS<br>48000 |

for Receiving and Concealing back in 1972

**WARRANT REQUEST & WITNESS LIST:**
Both documents will be forwarded to the Ingham County Prosector's Office.

**STATUS:**
Open - Pending Ingham County Prosecutor Review.

| PAGE<br>5 of 5 | INVESTIGATED BY<br>OFC. BRIAN GEORGE #34<br>SGT. EDWIN HENRIQUEZ #1 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 015

| Michigan Department of State Police | ORIGINAL DATE<br>Thu, Sep 17, 2015 | INCIDENT NO.<br>016-0000303-15 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0001 | SUPPLEMENTARY DATE<br>Thu, Sep 17, 2015 | FILE CLASS<br>48000 |

| INCIDENT STATUS |
|---|
| Open |

# RESISTING & OBSTRUCTING POLICE

### SUMMARY:
On Thursday, September 17, 2015 at approximately 1045 hours, I (Officer Davis) was patrolling the south lawn of the State Capitol when a counter protest group known as ADAPT attempted to disrupt the ADA rally at the State Capitol. PAUL JOSEPH HARCZ JR was arrested for Resisting & Obstructing police.

### SECURING PROTEST GROUP:
While patrolling the south lawn of the State Capitol, I was asked by Sergeant Held to assist with keeping ADAPT and ADA groups separated. Held advised the group they were not allowed to enter the rally past the Austin Blair statue; however, they were still allowed to be on the Capitol grounds. Not being allowed to enter the rally upset the ADAPT group. They became very vocal yelling obscenities and chanting.

At one point, HARCZ became very agitated and stated, "I am going to push past the State Police even if it means I will be arrested." HARCZ made a gesture several times as if he was attempting to push past the barricaded line the State Police set (let it be known that HARCZ is legally blind). At one point, HARCZ was yelling at the State Police to move out of his way. While yelling, he was using his cane to feel the barricaded line the officers set. HARCZ then was taking his cane and hitting it between the officers legs and walking into them to feel where we were standing. As HARCZ approached me, I used my hands to stop him from walking into me.

### METAL BARRICADES SET:
As the protest group became more agitated, Capitol Facilities retrieved metal barricades for us to set between the ADAPT protest group and the barricaded State Police Officers. When HARCZ realized metal barricades were set, he exclaimed he was "breaking through and it doesn't matter if I am arrested". At that point, he tried to push the barricade out of his way. Through verbal commands by Officer George he was told multiple times not to move or go through the barricades. HARCZ started attempting to move the barricades, and when he realized the officers were holding the barricades from moving, he attempted to walk around the barricade. As he was attempting to walk around the metal barricade, Officer George stepped in front of HARCZ to stop him. HARCZ then started walking through the flower bed attempting to get past Officer George. When HARCZ realized he wasn't going to make it, he pushed Officer George, trying to get past him. As HARCZ was pushing Officer George, Sergeant Henriquez directed us to arrest HARCZ. Sergeant Henriquez and I took control of HARCZ and placed handcuffs on him.

| PAGE<br>1 of 2 | INVESTIGATED BY<br>OFCR RYAN DAVIS #5 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 016

| Michigan Department of State Police | ORIGINAL DATE<br>Thu, Sep 17, 2015 | INCIDENT NO.<br>016-0000303-15 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0001 | SUPPLEMENTARY DATE<br>Thu, Sep 17, 2015 | FILE CLASS<br>48000 |

### ARRESTED:
Sergeant Henriquez placed handcuffs on HARCZ while I held HARCZ in place because he was resisting. Henriquez checked tension and double locked the handcuffs per Michigan State Police Official Orders.

Sergeant Henriquez instructed that we take HARCZ to the North entrance and into the State Capitol Detachment Office. As we were escorting HARCZ to the State Capitol, HARCZ decided he was not going to cooperate and started to drag his feet in an effort to make it more difficult on Sergeant Henriquez and myself.

### SEARCHED:
Once we were in the State Capitol Detachment Office, I searched HARCZ to be certain he did not have any weapons or contraband on him.

### DETAINED:
HARCZ was arrested and detained in the State Capitol Detachment Office for the remainder of the event. It is to be noted that HARCZ was being detained in the State Capitol Detachment Office while efforts were being made to ensure the correct documentation was provided, due to HARCZ' being visually impaired.

HARCZ was complaining his cuffs were hurting his wrists and his back condition. With authorization from F/Lt. Jason Williams, I moved HARCZ' handcuffs from behind his back to the front. HARCZ advised he was comfortable from that point.

F/Lieutenant Williams asked HARCZ if he needed any medication or special equipment and he advised he did not.

### BODY CAMERA FOOTAGE:
The event was recorded using Body Camera #19.

### STATUS:
Open - pends Ingham County Prosecutor's Review.

| PAGE<br>2 of 2 | INVESTIGATED BY<br>OFCR RYAN DAVIS #5 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Thu, Sep 17, 2015 | INCIDENT NO.<br>016-0000303-15 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Thu, Sep 17, 2015 | FILE CLASS<br>48000 |

INCIDENT STATUS
Open

# RESISTING & OBSTRUCTING POLICE

**JOURNAL:**
None.

**EVENTS OF THE COUNTER PROTEST GROUP:**
While working the ADA event on the listed date, Capitol Security units were separating protesters from the main event due to their desire to disrupt the event's proceedings. I overheard an individual in the group of protesters state to another protester that he should "wait till the cameras are here before he gets arrested." Shortly after, Capitol Security units arrested Paul Joseph Harcz Jr. for Resisting and Obstruction.

**STATUS:**
Open - pends Ingham County Prosecutor's Review.

| PAGE<br>1 of 1 | INVESTIGATED BY<br>OFC VINCENT MUNOZ #4 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 018

| Michigan Department of State Police | ORIGINAL DATE<br>Thu, Sep 17, 2015 | INCIDENT NO.<br>016-0000303-15 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0003 | SUPPLEMENTARY DATE<br>Fri, Nov 06, 2015 | FILE CLASS<br>48000 |

INCIDENT STATUS
Open

# RESISTING & OBSTRUCTING POLICE

### JOURNAL:

| | | |
|---|---|---|
| 09/18/2015 | GEORGE | Warrant request submitted and approved by the Ingham County Prosecutor's Office. Warrant was sworn in by Magistrate Millmore at 1200 hours. Called Harcz Jr. to advise that there was a felony arrest warrant out. Pends arrest. |
| 09/29/2015 | GEORGE | Harcz Jr. will be arraigned Friday, October 2 at 9AM. |
| 10/02/2015 | GEORGE | Harcz Jr. will have Pre-Exam Conference Friday, October 9 at 830AM and a Preliminary Examination Friday, October 16 at 930AM. |
| 10/12/2015 | HELD | Harcz Jr. will have Pre-Exam Conference Friday, October 9 at 830AM and a Preliminary Examination Friday, October 16 at 930AM. |
| 10/13/2015 | HELD | Gave copy of Williston email to FOIA, Prosecutor. |
| 10/16/2015 | GEORGE | Preliminary Examination held. Bound over to Circuit Court. Pends court date. |

### ENTER PROPERTY:
On Friday, November 6, 2015 at approximately 1255 hours, I (Officer George) entered the video footage from the incident in property. See property #1 and #2 below.

### PROPERTY #1:

SEIZED BY: BRIAN GEORGE
Prop 0001 - Desc: TEN (10) VERBATIM DVD DISCS IN WHITE CASE SLEEVES CONTAINING BODY CAMERA FOOTAGE FROM CAMERAS 9, 10, 15, 17, 18, AND 19. Type: Evidence
Obtained From: 100 N CAPITOL AVE
Lansing MI    48933
Ingham County   At or Near: STATE CAPITOL
NORTH OF AUSTIN BLAIR STATUE.

| PAGE<br>1 of 2 | INVESTIGATED BY<br>OFC BRIAN S GEORGE #34 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 019

| Michigan Department of State Police | ORIGINAL DATE<br>Thu, Sep 17, 2015 | INCIDENT NO.<br>016-0000303-15 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0003 | SUPPLEMENTARY DATE<br>Fri, Nov 06, 2015 | FILE CLASS<br>48000 |

## PROPERTY #2:

Prop 0002 - Desc: ONE (1) VERBATIM DVD DISC IN WHITE CASE SLEEVE CONTAINING FOOTAGE FROM CAPITOL BALCONY CAMERA.  Type: Evidence
Obtained From: 100 N CAPITOL AVE
Lansing MI   48933
Ingham County  At or Near: STATE CAPITOL
NORTH OF THE AUSTIN BLAIR STATUE.

## STATUS:

Open - Pends Circuit Court.

| PAGE<br>2 of 2 | INVESTIGATED BY<br>OFC BRIAN S GEORGE #34 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 020

Case 1:17-cv-00112-GJQ-PJG   ECF No. 31-2 filed 05/30/17   PageID.175   Page 12 of 17

| Michigan Department of State Police<br>SUPPLEMENTAL INCIDENT REPORT 0004 | ORIGINAL DATE<br>Thu, Sep 17, 2015 | INCIDENT NO.<br>016-0000303-15 (01) |
|---|---|---|
| | SUPPLEMENTARY DATE<br>Tue, Feb 16, 2016 | FILE CLASS<br>48000 |

INCIDENT STATUS
Open

# RESISTING & OBSTRUCTING POLICE

**JOURNAL:**

| | | |
|---|---|---|
| 11/06/2015 | George | Pends Supp Review. Pends Circuit Court hearing. |
| 11/11/2015 | F/Lt. Boucher | Supp #3 reviewed, pends trial. |
| 12/03/2015 | George | Pends trial. |
| 01/04/2016 | George | Pends trial. |
| 01/08/2016 | Held | Emailed prosecutor an electronic copy of Capitol Procedure pamphlet per her request. |
| 02/06/2016 | George | Pends trial. |

**TRANSCRIBE BODY CAMERA FOOTAGE:**
On Sunday, February 7, 2015, I was requested to transcribe the footage for body camera #15 per Ingham County Prosecutor's office. On Wednesday, February 10th, Officer Hiser dropped off the document to the Prosecutor's Office.

**EXTERNAL DOCUMENT:**
(1) Transcribed Document for Body Camera #15 (11pages).

**STATUS:**
Open - pends trial.

| PAGE<br>1 of 1 | INVESTIGATED BY<br>OFC BRIAN S GEORGE #34 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 021

| Michigan Department of State Police<br>SUPPLEMENTAL INCIDENT<br>REPORT 0005 | ORIGINAL DATE<br>Thu, Sep 17, 2015 | INCIDENT NO.<br>016-0000303-15 (01) |
|---|---|---|
| | SUPPLEMENTARY DATE<br>Mon, Apr 04, 2016 | FILE CLASS<br>48000 |

| INCIDENT STATUS |
|---|
| Open |

# RESISTING & OBSTRUCTING POLICE

## JOURNAL:

| 02/16/2016 | George | Pends Supp #4 review. Pends trial. |
|---|---|---|
| 02/17/2016 | George | Electronic copy of transcripts sent to Ingham County Prosecutor's office per |
| | | request. Defendant requested document in braille. |
| 03/14/2016 | George | Pends Supp #4 review. Pends trial. |
| 3-21-16 | Britvec | Pends Trial |
| 03-31-16 | F/Lt. Boucher | Trial postponed, list of witnesses forwarded to D/Sgt. Britvec for interview. |

## ADDITIONAL INFORMATION:

Defense attorney Mark Kamar provided an exhibit and witness list. The witness list included the following individuals.

Eleanor Canter: Canter was contacted on 04-04-16 and advised that she would get back with Undersigned officer because she was not sure if she should discuss the case.

Brian Dian: Is the husband to Canter. Canter advised she would talk to Dian and try to get him to call Undersigned Officer.

Clark Goodrich: Attempted to call him 04-04-16 at 12:26pm, 4-8-16 at 9:50am and 04-11-16 at 11:02am and received no answer. No voicemail available.

Joseph Pietron: Called and left message 04-04-16 at 12:27p
David Robinson: Called and left message 04-04-16 at 12:28p

Terry Eagle: Called and left message 04-04-16 at 12:30pm, 04-08-16 at 12:50pm, 04-11-16 at 11:06am and 04-14-16 at 10:07am. Messages were left to contact Undersigned Officer.

Mark Eagle: Called and left message 04-04-16 at 12:47pm, 04-08-16 at 12:53pm and 04-11-16 at 11:12am. Messages were left to contact Undersigned Officer.

Risa and Steve Langtry: Called and left message 04-04-16 at 1:00p, 04-08-16 at 12:54p, 04-11-16 at 11:15 and 04-14-16 at 10:10am. Messages were left to contact Undersigned Officer.

| PAGE<br>1 of 4 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 022

| Michigan Department of State Police | ORIGINAL DATE<br>Thu, Sep 17, 2015 | INCIDENT NO.<br>016-0000303-15 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0005 | SUPPLEMENTARY DATE<br>Mon, Apr 04, 2016 | FILE CLASS<br>48000 |

Laura Hall: No phone number given.

### INTERVIEW WITH WILLIAM EARL:

Undersigned Officer contacted William Earl at 517-333-1714 on 04-04-16 at 12:31pm. Undersigned Officer had a difficult time Understanding Earl and was assisted by Elizabeth Barkley (Earl's personal assistant). Through Barkley Earl advised that he was a couple of people behind Mr. Harcz and that the group he was with including Mr. Harcz was trying to get into a public event and was stopped by police officers. Mr. Earl advised that the police got rough and then took Mr. Harcz away. Earl advised at one point that he was about 500 feet away then stated that he was a couple of people behind Mr. Harcz. Mr. Earl was difficult to understand but Undersigned Officer believes that Mr. Earl was saying he was about 500 feet from the event they wanted to get to.

### INTERVIEW WITH JOE SONTAG:

Undersigned Officer contacted Joe Sontag at 517-256-2514 on 04-04-16 at 12:50p. Sontag advised that he arrived by city bus at about 10:30am. Sontag advised that he and several others had come to express some concerns that they had with a group that was holding a rally and were confronted by a police Sergeant at the corner of Ottawa and Capitol. Sontag advised that the Sergeant told his group that they were not going to be allowed to disrupt the event and that the event was private. Sontag advised that he is legally blind and was standing behind Mr. Harcz. Sontag advised that the police officers did identify themselves and did not know what Mr. Harcz had done to get arrested. Sontag advised that he was told by someone that Mr. Harcz was taken to the ground by the police but did not know who told him this.

### INTERVIEW WITH FRED WURTZEL:

Undersigned Officer contacted Fred Wurtzel at 517-256-5575 on 04-04-16 at 2:10p. Wurtzel advised that he had come to protest a rally at the capitol with several others. Wurtzel advised that his group had planned this protest through the National Federation for the Blind internet e-mail service. Upon meeting up at the corner of Ottawa and Capitol his group was confronted by a police Sergeant who advise his group that they would not be allowed to disrupt the rally. Wurtzel advised that most of his group were stopped by barricades near the Blair statue and others were allowed to join the rally. Wurtzel heard Mr. Harcz in a heated conversation with the police officers (who identified themselves) but does not know what Mr. Harcz did to get arrested. Wurtzel advises that he is blind.

### INTERVIEW WITH JOSEPH PIETRON:

Undersigned Officer contacted Joseph Pietron at 517-648-3949 on 04-08-16 at 11:10am. Pietron works for the Michigan Disability Rights Coalition. Pietron advised that this was the first protest that he had ever attended. Pietron was standing behind Harcz and observed Mr. Harcz attempting to push his way through the barricade. Pietron advised that he was standing 10-15 feet from Harcz and observed the officers "drag" Harcz away. Pietron advised that Harcz was not walking but was being held up by officer and his feet were dragging as the police officers took Harcz away.

| PAGE<br>2 of 4 | INVESTIGATED BY<br>D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 023

| Michigan Department of State Police SUPPLEMENTAL INCIDENT REPORT 0005 | ORIGINAL DATE Thu, Sep 17, 2015 | INCIDENT NO. 016-0000303-15 (01) |
|---|---|---|
| | SUPPLEMENTARY DATE Mon, Apr 04, 2016 | FILE CLASS 48000 |

### INTERVIEW WITH DAVID ROBINSON:

Undersigned officer contacted David Robinson at 517-775-7943 on 04-08-16. Robinson advised that he is visibly impaired and was standing next to the barrier a few feet from Harcz. Robinson advised that he believed that preventing his group from getting close to the event was illegal. Robinson advised that his group was there to provide information to the attendees and protest that the ADA is not being followed in this state.

### INTERVIEW WITH ELEANOR CANTER:

Undersigned Officer contacted Eleanor Canter at 231-755-5063 on 04-11-16 at 10:12am. Canter was reluctant to talk with Undersigned Officer but agreed to do so. Canter advised that she was at the event as a "sight guide" for Mr. Harcz. Canter stated that Mr. Harcz and the rest of the group were upset that they were being kept out of the event by the police with a barricade. Canter advised that the conversation became heated and Mr. Harcz advised that he was going in. Canter advised at that point the police reached over the barricade, grabbed Mr. Harcz, took him to the ground, handcuffed him and dragged him away. Canter stated that there was no assault of the police. Canter advised that she would send Undersigned officer video of the event showing what happened. Canter was provided Undersigned Officers e-mail address to send the video. At the end of the conversation Undersigned officer asked to speak with canter's husband Brian Dian. Canter advised that she would talk to him to see if he will call Undersigned Officer.

### INTERVIEW WITH CLARK GOODRICH:

Clark Goodrich contacted Undersigned Officer on 04-11-16 at 11:26am. Goodrich advised that he went to the rally because he has issues with disability groups like the center for independent living not recognizing issues pertaining to the ADA. Goodrich advised that he was 4-5 people away from Mr. Harcz when Mr. Harcz was arrested. Goodrich observed Mr. Harcz try to get by the barricade that had been set up when an officer grabbed Mr. Harcz cane and threw it to the ground. Mr. Harcz was then carried away after being handcuffed. Goodrich advised that Harcz was carried because it appeared he was refusing to walk.
Goodrich advised that he did not see Mr. Harcz swing his cane or do anything aggressive. He did observe Mr. Harcz leaning forward trying to get past the barricade and officers. Goodrich advised that several of his group joined the rally by simply walking around the left side of the barricade and Goodrich thought about doing the same but Goodrich felt he should stay behind the barricade with his friends.

### INTERVIEW WITH MARK EAGLE:

On 04-11-16 at 12:38pm Mark Eagle contacted Undersigned officer and advised that he did not wish to be interviewed. Undersigned Officer advised Eagle that if he had information that would clear Mr. Harcz of the charges it might not be necessary to go to court. Eagle advised that he did not think there was anything that he would say that would change the prosecutors mind about taking this case to court. Eagle advised that he did witness the arrest of Mr Harcz.

| PAGE 3 of 4 | INVESTIGATED BY D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 024

| Michigan Department of State Police SUPPLEMENTAL INCIDENT REPORT 0005 | ORIGINAL DATE Thu, Sep 17, 2015 | INCIDENT NO. 016-0000303-15 (01) |
|---|---|---|
| | SUPPLEMENTARY DATE Mon, Apr 04, 2016 | FILE CLASS 48000 |

### INTERVIEW WITH BRIAN DIAN:

Undersigned Officer contacted Brian Dian at 517-755-5063 on 04-08-16 at 2:30pm. Dian advised that he was at the rally with Mr. Harcz protesting the center for independent living for ADA violations. Dian advised he believed that the event was open to the public and believed that Mr. Harcz was instrumental in organizing the event. Dian advised that he Harcz and a few others were singled out by police because others at the event did not want the issues they were protesting raised at the event. Dian advised that he knew of several others in his group that were allowed to enter the event and return to the protesters and reenter the event. Dian believed that his free speech rights were violated.

### INTERVIEW TERRY EAGLE:

Undersigned Officer made contact with Terry Eagle on 04-19-16 at 3:36pm by phone. Eagle advised undersigned Officer that his group organized at the corner of Capitol and Ottawa at about 10:15am. The group was approached by Sgt. Held and were advised that they were not going to be allowed to attend the event because it was private. At 11:00am his group proceeded towards the event and were stopped near the Austin Statue by police officers and barricades. Eagle advised that the officers refused to talk to the group and at some point Mr Harcz advised that he helped organize the event and that it was open to the public. Eagle stated that when Mr. Harcz attempted to assert his right to be at the event he was arrested for resisting arrest. Eagle was also upset that his group was provided a pamphlet of the rules of the Capitol but it was not in braille.

### CONTACT WITH RISA AND STEVE LANGTRY:

Undersigned Officer was contacted by Steve Langtry who advised that he and Risa had not witnessed the arrest of Mr. Harcz or anything prior to his arrest. Langtry advised that he and Risa walked up while Mr. Harcz was being taken away by the police.

### ATTEMPTED INTERVIEW WITH LAURA HALL:

On 04-28-16 Undersigned Officer went to 200 Friendship Circle and attempted to make contact with Laura Hall. Undersigned officer dialed the room number in the entrance of the apartment building and left a message on Hall's voice mail.

### STATUS:

Open.

| PAGE 4 of 4 | INVESTIGATED BY D/SGT KRAIG BRITVEC #107 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 025

| Michigan Department of State Police<br>SUPPLEMENTAL INCIDENT<br>REPORT 0006 | ORIGINAL DATE<br>Thu, Sep 17, 2015 | INCIDENT NO.<br>016-0000303-15 (01) |
|---|---|---|
| | SUPPLEMENTARY DATE<br>Mon, Aug 22, 2016 | FILE CLASS<br>48000 |

INCIDENT STATUS
Inactive

# RESISTING & OBSTRUCTING POLICE

**JOURNAL:**

| | | |
|---|---|---|
| 04-07-16 | BRITVEC | PA office sent list of defense witnesses to be interviewed. |
| 04-29-16 | BRITVEC | Supped to date with interview of witnesses. |
| 05-02-16 | BRITVEC | Supp report sent to PA. |
| 05-19-16 | BOUCHER | Supp #5 reviewed, pends trial. |
| 06-11-16 | GEORGE | Pends trial. |
| 07-10-16 | BRITVEC | Pends court and property. |
| 08-02-16 | BOUCHER | Trial set for August 22, 2016 in the 30 Circuit Court. |
| 08-19-16 | BOUCHER | Trial prep conducted this date. Advised by Ingham County Assistant Prosecutor has ordered him to dismiss this case at trial if HARCZ does not accept a plea. |
| 08-22-16 | BOUCHER | This case was dismissed by Ingham County APA Andrew Stevens in the 30 Circuit Court on this date. It is likely, based on HARCZ's behavior that a civil suit will follow. I authorize this case to be made inactive and all evidence held until 10-17-18 or such time that any civil action brought by HARCZ is resolved. |

**INACTIVE STATUS:**

F/Lt. Brody Boucher

**STATUS:**

Inactive

| PAGE<br>1 of 1 | INVESTIGATED BY<br>F/LT. BRODY BOUCHER #123 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

MSP 026