*Paul Joseph Harcz, Jr., et al v. Brody Boucher, et al*
USDC-WD; 1:17-cv-112
Honorable Gordon J. Quist
Mag. Phillip J. Green

## INDEX OF EXHIBITS

**Exhibit 1** ................................................................................................Videos

| Camera #15 | Camera #17 | Camera #18 | Camera #19 |
|---|---|---|---|
| 09-17-2015 | 09-17-2015 | 09-17-2015 | 09-17-2015 |
| 10:58:31 | 11:00:50 | 11:00:48 | 11:20:15 |
| Duration: | Duration: | Duration: | Duration: |
| 01:00:58 | 01:01:20 | 00:15:09 | 00:00:34 |

**Exhibit 2** ....................................................Preliminary Examination Transcript

**Exhibit 3** ................................................................................Video Transcript

**Exhibit 4** ............................................................. Transcript of Motion to Quash

**Exhibit 5** .......................................................... Motion/Order of Nolle Prosequi