## INDEX OF EXHIBITS

Exhibit 1          Pierce Affidavit

Exhibit 2          Weaver Affidavit

Exhibit 3          Scheduling Form

Exhibit 4          Capitol Event Planner

Exhibit 5          Capitol Permit

Exhibit 6          Capitol Procedures

Exhibit 7          Transcript of Preliminary Examination of People v Harcz

Exhibit 8          *Jarvis v. Cuomo*, 2016 WL 278934, at *4–5 (N.D.N.Y. Jan. 21, 2016), *aff'd*, 660 F. App'x 72 (2d Cir. 2016), *cert. denied*, 137 S. Ct. 1204, 197 L. Ed. 2d 246 (2017)

{00045305.DOCX}