UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL JOSEPH HARCZ, JR., ELEANOR
CANTER, BRIAN DIAN, MARK EAGLE,
TERRY EAGLE, DAVID ROBINSON, and
JOSEPH SONTAG,

|  |  |
|---|---|
| Plaintiffs, | Case No. 1:17-cv-00112 |
| v. | Hon. Gordon J. Quist |

BRODY BOUCHER, JASON WILLIAMS,
JEFF HELD, EDWIN HENRIQUEZ, BRIAN
GEORGE, RYAN DAVIS, STEPHEN
THOMAS, KEVIN COOK, VINCENT
MUNOZ, DAN BROCKLEHURST,
MICHIGAN ASSOCIATION OF CENTERS
FOR INDEPENDENT LIVING, and
HANDICAPPER ADVOCACY ALLIANCE,
INC.,

**NOTICE OF APPEAL TO THE
UNITED STATES COURT OF
APPEALS FOR THE SIXTH
CIRCUIT**

Defendants.

---

Julie B. Porter (P81386)
Jennifer B. Salvatore (P66640)
Salvatore Prescott & Porter, PLLC
Attorneys for Plaintiffs
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
porter@spplawyers.com

Gregory M. Meihn (P38939)
Melinda A. Balian (P55744)
Attorneys for Defendant MACIL
130 E. 9 Mile Road
Ferndale, MI 48220
(O) (248) 721-4200
(F) (248) 721-4201
gmeihn@foleymansfield.com
mbalian@foleymansfield.com

John G. Fedynsky (P65232)
Attorney for all Defendants with the Exception
of Handicapper Advocacy Alliance, Inc.
P.O. Box 30736
Lansing, MI 48909
(O) (269) 343-1388
fedynskyj@michigan.gov

Thomas A. Schramm (P60267)
Joseph A. Starr (P47253)
Attorneys for Handicapper Advocacy
Alliance, Inc.
20700 Civil Center Drive, Suite 290
Southfield, MI 48076
(O) (248) 864-4938
(F) (248) 353-6440
tschramm@starrbutler.com
jstarr@starrbutler.com

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

NOTICE IS HEREBY GIVEN that all Plaintiffs hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion (ECF No. 47) and Order (ECF No. 48) of the District Court for the Western District of Michigan, Southern Division, entered on January 2, 2018, granting Defendant Michigan Association of Centers for Independent Living's Motion to Dismiss (ECF No. 31), the State Defendants' Motion to Dismiss or Alternatively for Summary Judgment (ECF No. 33), and Defendant Handicapper Advocacy Alliance, Inc.'s Motion for Summary Judgment (ECF No. 37), and dismissing Plaintiffs' complaint with prejudice. A copy of the January 2, 2018 Order (ECF No. 48) is attached hereto as **Exhibit A**.

Respectfully submitted,
SALVATORE PRESCOTT &
PORTER, PLLC

/s/ Jennifer B. Salvatore
Jennifer B. Salvatore (P66640)
Salvatore Prescott & Porter, PLLC
Attorneys for Plaintiffs
105 E. Main Street
Northville, MI 48167
(248) 679-8711
salvatore@spplawyers.com

Dated: January 31, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL JOSEPH HARCZ, JR., ELEANOR
CANTER, BRIAN DIAN, MARK EAGLE,
TERRY EAGLE, DAVID ROBINSON, and
JOSEPH SONTAG,

               Plaintiffs,                          Case No. 1:17-cv-00112

v.                                      Hon. Gordon J. Quist

BRODY BOUCHER, JASON WILLIAMS, JEFF    **CERTIFICATE OF SERVICE**
HELD, EDWIN HENRIQUEZ, BRIAN
GEORGE, RYAN DAVIS, STEPHEN THOMAS,
KEVIN COOK, VINCENT MUNOZ, DAN
BROCKLEHURST, MICHIGAN ASSOCIATION
OF CENTERS FOR INDEPENDENT LIVING,
and HANDICAPPER ADVOCACY ALLIANCE,
INC.,

               Defendants.

---

## CERTIFICATE OF SERVICE

       I hereby certify that on January 31, 2018, a true and correct copy of the forgoing document,

Plaintiffs' <u>Notice of Appeal to the United States Court of Appeals for the Sixth Circuit,</u> and this

<u>Certificate of Service</u> were filed via the Court's electronic filing system, which will serve the same

upon all counsel of record below:

John G. Fedynsky (P65232)             Gregory M. Meihn (P38939)
Attorney for all Defendants with the Exception    Melinda A. Balian (P55744)
of Handicapper Advocacy Alliance, Inc.        Attorneys for Defendant MACIL
P.O. Box 30736                          130 E. 9 Mile Road
Lansing, MI 48909                   Ferndale, MI 48220
(O) (269) 343-1388                 (O) (248) 721-4200
fedynskyj@michigan.gov           (F) (248) 721-4201
                                   gmeihn@foleymansfield.com
                                   mbalian@foleymansfield.com

Thomas A. Schramm (P60267)
Joseph A. Starr (P47253)
Attorneys for Handicapper Advocacy
Alliance, Inc.
20700 Civil Center Drive, Suite 290
Southfield, MI 48076
(O) (248) 864-4938
(F) (248) 353-6440
tschramm@starrbutler.com
jstarr@starrbutler.com

Dated: January 31, 2018   /s/ Tara L. Lank
            Tara L. Lank, Legal Secretary