# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL JOSEPH HARCZ, JR., et al.,

    Plaintiffs,

v.                                                Case No. 1:17-CV-112

BRODY BOUCHER, et al.,                  HON. GORDON J. QUIST

    Defendants.
                                      /

## ORDER

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Defendant Michigan Association of Centers for Independent Living's Motion to Dismiss (ECF No. 31), the State Defendants' Motion to Dismiss or Alternatively for Summary Judgment (ECF No. 33), and Defendant Handicapper Advocacy Alliance, Inc.'s Motion for Summary Judgment (ECF No. 37) are **GRANTED**, and Plaintiffs' complaint is **dismissed with prejudice**.

This case is **concluded** in this Court.

Dated: January 2, 2018                                  /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE