# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 28, 2018

Mr. John G. Fedynsky
Mr. Gregory M. Meihn
Ms. Jennifer B. Salvatore
Mr. Thomas A. Schramm
Mr. Joseph A. Starr

              Re:  Case No. 18-1116, *Paul Harcz, Jr., et al v. Brody Boucher, et al*
                    Originating Case No. : 1:17-cv-00112

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                          Sincerely yours,

                                          s/Jennifer Earl
                                          Case Manager
                                          Direct Dial No. 513-564-7066

cc:  Mr. Thomas Dorwin

Enclosure

Case No. 18-1116

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

PAUL JOSEPH HARCZ, JR.; ELANOR CANTER; BRIAN DIAN; MARK EAGLE; TERRY EAGLE; DAVID ROBINSON; JOSEPH SONTAG

      Plaintiffs - Appellants

v.

BRODY BOUCHER; JASON WILLIAMS; JEFF HELD; EDWIN HENRIQUEZ; BRIAN GEORGE; RYAN DAVIS; STEPHEN THOMAS; KEVIN COOK; VINCENT MUNOZ; DAN BROCKLEHURST, all defendants sued in their personal capacities; MICHIGAN ASSOCIATION OF CENTERS FOR INDEPENDENT LIVING; HANDICAPPER ADVOCACY ALLIANCE, INC.

      Defendants - Appellees

Upon sua sponte consideration, briefing will be held in abeyance pending resolution of the issue of outstanding transcript raised by the appellees in their Joint Designation of Additional Parts of the Record to be Ordered.

                                      ENTERED PURSUANT TO RULE 45(a),
                                      RULES OF THE SIXTH CIRCUIT
                                      Deborah S. Hunt, Clerk

Issued: February 28, 2018