# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 20, 2019

Mr. Thomas Dorwin
U.S. District Court
for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

          Re: Case No. 18-1116, *Paul Harcz, Jr., et al v. Brody Boucher, et al*
               Originating Case No. : 1:17-cv-00112

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                             Sincerely yours,

                             s/Jennifer Earl
                             Case Manager
                             Direct Dial No. 513-564-7066

cc: Mr. John G. Fedynsky
     Mr. Gregory M. Meihn
     Mr. Kyle Palazzolo
     Ms. Julie B. Porter
     Mr. Thomas A. Schramm
     Mr. Joseph A. Starr
     Mr. Howard I. Wallach

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 18-1116

_____

                                                                                       Filed: March 20, 2019

PAUL JOSEPH HARCZ, JR.; ELEANOR CANTER; BRIAN DIAN; MARK EAGLE; TERRY EAGLE; DAVID ROBINSON; JOSEPH SONTAG

        Plaintiffs - Appellants

v.

BRODY BOUCHER; JASON WILLIAMS; JEFF HELD; EDWIN HENRIQUEZ; BRIAN GEORGE; RYAN DAVIS; STEPHEN THOMAS; KEVIN COOK; VINCENT MUNOZ; DAN BROCKLEHURST, all defendants sued in their personal capacities; MICHIGAN ASSOCIATION OF CENTERS FOR INDEPENDENT LIVING; HANDICAPPER ADVOCACY ALLIANCE, INC.

        Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 02/26/2019 the mandate for this case hereby issues today.

COSTS: None