UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL JOSEPH HARCZ, JR., ELEANOR
CANTER, BRIAN DIAN, MARK EAGLE,
TERRY EAGLE, DAVID ROBINSON,
and JOSEPH SONTAG,

    Plaintiffs,

v

BRODY BOUCHER, JASON WILLIAMS,
JEFF HELD, EDWIN HENRIQUEZ, BRIAN
GEORGE, RYAN DAVIS, STEPHEN
THOMAS, KEVIN COOK, VINCENT
MUNOZ, DAN BROCKLEHURST,
MICHIGAN ASSOCIATION OF CENTERS
FOR INDEPENDENT LIVING, and
HANDICAPPER ADVOCACY ALLIANCE,
INC.,

    Defendants.

No. 1:17-cv-00112

HON. GORDON J. QUIST

HON. PHILLIP J. GREEN

| | |
|---|---|
| Julie B. Porter (P81386)<br>Salvatore Prescott & Porter, PLLC<br>Attorney for Plaintiffs<br>1010 Davis Street<br>Evanston, IL 60201<br>(312) 283-5711<br>porter@spplawyers.com<br><br>Jennifer B. Salvatore (P66640)<br>105 E. Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>salvatore@spplawyers.com | John G. Fedynsky (P65232)<br>Andrew J. Jurgensen (P81123)<br>Assistant Attorneys General<br>Attorneys for Defendants Boucher,<br>Brocklehurst, Cook, Davis, George,<br>Held, Henriquez, Munoz, Thomas,<br>and Williams<br>Michigan Dep't of Attorney General<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI 48909<br>(517) 373-7573<br>fedynskyj@michigan.gov<br>jurgensena2@michigan.gov |

**STIPULATION AND PROPOSED ORDER TO ADJOURN
EARLY SETTLEMENT CONFERENCE**

The parties are in agreement that the early settlement conference scheduled for January 29, 2019 will not be productive at this juncture and should be adjourned until after the close of discovery. The parties request that the Court enter an order to this effect.

Date: January 22, 2020   */s/ Julie B. Porter* (with permission)
Julie B. Porter (P81386)
Attorney for Plaintiff
Salvatore Prescott & Porter, PLLC
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
porter@spplawyers.com

Date: January 22, 2020   */s/ John G. Fedynsky*
John G. Fedynsky (P65232)
Assistant Attorney General
Attorney for Defendants Boucher,
Brocklehurst, Cook, Davis, George, Held,
Henriquez, Munoz, Thomas, and Williams
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 373-7573
fedynskyj@michigan.gov

**ORDER**

Upon the stipulation of the parties, IT IS ORDERED that the early settlement conference is ADJOURNED.

_____
Hon. Gordon J. Quist
United States District Judge

Dated: _____