UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL JOSEPH HARCZ, JR, et al.,

    Plaintiffs,                      Case No. 1:17–cv–112

    v.                                    Hon. Gordon J. Quist

BRODY BOUCHER, et al.,

    Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Partial Summary Judgment (ECF No. 94)<br>Motion for Summary Judgment (ECF No. 99) |
| Date/Time: | June 16, 2021   02:00 PM |
| Judge: | Gordon J. Quist |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

GORDON J. QUIST
United States District Judge

Dated:  May 13, 2021        By:   /s/ Jacob A. Shapiro
                                                    Deputy Clerk