# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PAUL JOSEPH HARCZ, JR., ELEANOR CANTER, BRIAN DIAN, MARK EAGLE, TERRY EAGLE, DAVID ROBINSON, and JOSEPH SONTAG,

    Plaintiffs,

v.

BRODY BOUCHER, JASON WILLIAMS, JEFF HELD, EDWIN HENRIQUEZ, BRIAN GEORGE, RYAN DAVIS, STEPHEN THOMAS, KEVIN COOK, VINCENT MUNOZ, and DAN BROCKLEHURST,

    Defendants.

Case No. 1:17-cv-00112

Hon. Gordon J. Quist

Mag. Phillip J. Green

## Joint Motion to Continue Settlement Conference

    The parties jointly move to continue the settlement conference scheduled for June 9, 2021 at 9:00 a.m. before Magistrate Judge Phillip J. Green to August 24, 2021 at 9:00 a.m., or an alternative date on August 23, August 25, or August 26. In support of the motion, the parties state as follows:

    1.    Both parties have filed summary-judgment motions that are fully briefed and pending. *See* ECF No. 94, PageID.1363; ECF No. 99, PageID.1603.

    2.    A motion hearing for the summary-judgment motions has been set for June 16, 2021. *See* ECF No. 115, PageID.2166.

    3.    The parties agree that a settlement conference would not be productive until after resolution of the summary-judgment motions.

    4.    The parties therefore jointly request that the Court continue the settlement conference to August 24, 2021 at 9:00 a.m. Alternatively, the parties are available on August 23, August 25, or August 26.

1

| | |
|---|---|
| Dated: May 25, 2021 | Respectfully Submitted, |
| */s/ John G. Fedynsky (with consent)* | */s/ Andrea L. Evans* |
| John G. Fedynsky (P65232)<br>Assistant Attorney General<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI 48909<br>(517) 373-7573 | SALVATORE PRESCOTT PORTER & PORTER, PLLC<br><br>Julie B. Porter (P81386)<br>Sarah L. Bakker<br>Andrea L. Evans<br>1010 Davis Street<br>Evanston, IL 60201<br>(312) 283-5711<br>porter@sppplaw.com<br>bakker@sppplaw.com<br>evans@sppplaw.com |
| *Attorney for Defendants* | Jennifer B. Salvatore (P66640)<br>105 East Main Street<br>Northville, MI 48167<br>P: (248) 679-8711<br>salvatore@sppplaw.com<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I certify that on May 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

/s/ Andrea L. Evans
