UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL JOSEPH HARCZ, JR., et al.,

    Plaintiffs,

v.

BRODY BOUCHER, et al.,

    Defendants.
_____/

Case No. 1:17-cv-112

HON. JANE M. BECKERING

## CORRECTED PARTIAL JUDGMENT

In accordance with the Corrected Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiffs Eleanor Canter, Brian Dian, Mark Eagle, Paul Joseph Harcz, Jr., David Robinson, and Joseph Sontag against Defendant Michigan State Police with the following essential terms:

    (i) Total payments by the State of Michigan of $475,000, to be disbursed as follows:
        Eleanor Canter – $25,000
        Brian Dian – $25,000
        Mark Eagle – $25,000
        Paul Joseph Harcz, Jr. – $50,000
        David Robinson – $25,000
        Joseph Sontag – $25,000
        Plaintiffs' counsel – $300,000;

    (ii) Plaintiffs Eleanor Canter, Brian Dian, Mark Eagle, Paul Joseph Harcz, Jr., David Robinson, and Joseph Sontag's complete release of all claims against Defendants and the State of Michigan; and

    (iii) each payee successfully registering as a vendor on Michigan's Statewide Integrated Government Management Application System (SIGMA).

**IT IS FURTHER ORDERED** that the claims of Plaintiffs Eleanor Canter, Brian Dian, Mark Eagle, Paul Joseph Harcz, Jr., David Robinson, and Joseph Sontag, along with any claim for attorney's fees and costs, are RESOLVED.

Plaintiffs Eleanor Canter, Brian Dian, Mark Eagle, Paul Joseph Harcz, Jr., David Robinson, and Joseph Sontag are terminated from this matter.

This case will proceed as to Plaintiff Terry Eagle.


Dated: March 7, 2024                                           /s/ Jane M. Beckering
                                                               JANE M. BECKERING
                                                               United States District Judge