UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY EAGLE,

      Plaintiff,

v                                                  No. 1:17-cv-112

BRODY BOUCHER, JASON WILLIAMS, JEFF        HON. JANE M. BECKERING
HELD, EDWIN HENRIQUEZ, BRIAN
GEORGE, RYAN DAVIS, STEPHEN                 MAG. PHILLIP J. GREEN
THOMAS, KEVIN COOK, and VINCENT
MUNOZ,

      Defendants.
_____

**DEFENDANTS' STATEMENT OF THE CASE
AND STATEMENT OF THE ELEMENTS OF THE CLAIM[1]**

Pursuant to the Court's case management order, Defendants submit this
statement of the case and statement of the elements of the claim.

**STATEMENT OF THE CASE**

On September 17, 2015, event organizers invited the public to attend an
anniversary celebration of the Americans With Disabilities Act on the east side of
the Michigan Capitol in Lansing, Michigan. Defendants are officers of the Michigan
State Police who acted under color of law in various capacities both on the scene and
up the chain of command to provide for public safety and security. The Michigan
State Police imposed certain time, place, and manner restrictions on a group of
protestors who attended the event. Plaintiff Terry Eagle, one of the protestors,

---

[1] This document is not joint because Plaintiff is unrepresented and did not respond
to correspondence seeking his participation.

claims Defendants violated his First Amendment rights. Defendants deny violating anyone's rights.

## STATEMENT OF THE ELEMENTS OF THE CLAIM

Plaintiff must show that the time, place, and manner restrictions were unreasonable. He must demonstrate that they were (1) not content neutral, (2) not narrowly tailored to serve a significant government interest, and (3) failed to leave open ample alternative channels of communication." *Harcz v. Boucher*, 763 F. App'x 536, 542 (6th Cir. 2019).

Respectfully submitted,

*/s/ John Fedynsky*
John Fedynsky (P65232)
Assistant Attorney General
Attorney for Defendants
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
fedynskyj@michigan.gov

Dated: March 11, 2024

## CERTIFICATE OF SERVICE

I certify that on March 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

I certify that, on March 11, 2024, my secretary has emailed and, on March 12, 2024, mailed this document by U.S. Postal Service to the following:

Terry Eagle
1117 Lathers Street, Apt. 14
Ypsilanti, MI 48197
terrydeagle@yahoo.com

/s/ *John Fedynsky*
John Fedynsky
Assistant Attorney General
Attorney for Defendants
State Operations Division

2017-0168780-A