UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL JOSEPH HARCZ, JR., et al.,

    Plaintiffs,

v.

BRODY BOUCHER, et al.,

    Defendants.
_____/

Case No. 1:17-cv-112

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the March 7, 2024 Corrected Partial Judgment (ECF No. 180) and the Order entered this date:

**IT IS HEREBY ORDERED** that the claims of Plaintiff Terry Eagle are DISMISSED WITHOUT PREJUDICE. This case is closed.

Dated: March 18, 2024

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge